IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  11-cv-02145-RPM-MEH

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Plaintiff,

v.

DAVID LANDY,
DEBORAH LANDY,

    Defendants.

_____

### ORDER DISMISSING CASE WITH PREJUDICE
_____

Pursuant to the Stipulation for Dismissal With Prejudice, filed November 7, 2011 [8], it is

ORDERED that this civil action is dismissed with prejudice with each party to pay its own costs and attorney fees.

Dated: November 7th , 2011

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge